# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160001(35)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RASCHELLE GOFF,
      Plaintiff-Appellant,

v

SC: 160001
COA: 343315
St. Clair CC: 16-001788-NH

KAREN L. NIVER, MD, and NORTHPOINTE
OB/GYN, PC,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on August 29, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2019



Clerk